**2007–0860.   Elyria Foundry Co. v. Pub. Util. Comm.**

Public Utilities Commission, No. 05–796–EL–CSS. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of the motion for leave to intervene of Ohio Edison Company,

It is ordered by the court that the motion is granted.